```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| ANTHONY LATREL PLAYER, | 1:19-cv-12141 (NLH) |
| Petitioner, | **MEMORANDUM OPINION & ORDER** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

**APPEARANCES**:

John Francis Basiak, Assistant United States Attorney
Office of the U.S. Attorney
District of New Jersey
402 East State Street, Room 430
Trenton, NJ 08608
    Attorneys for Respondent

**HILLMAN, District Judge**

    WHEREAS, Respondent United States of America has requested an additional thirty (30) days in which to file an answer or appropriate response to Petitioner Anthony Latrel Player's petition for writ of habeas corpus, see ECF No. 13;

    THEREFORE, IT IS on this  10th   day of December, 2019

    ORDERED that Respondent's request for an extension of time to answer or otherwise respond (ECF No. 10) is granted.  The response is due January 3, 2020; and it is finally

ORDERED that the Clerk of the Court shall serve a copy of this Order on Petitioner by regular first-class mail.

|  |  |
|---|---|
| At Camden, New Jersey | s/ Noel L. Hillman |
|  | NOEL L. HILLMAN, U.S.D.J. |